1008

THE STATE OF WASHINGTON, *Appellant*, v. LLOYD JAMES BROWN, *Respondent*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 01-1-01443-0 and 02-1-00176-0, Rebecca M. Baker, J., entered January 23, 2002. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21161-4-III.   Division Three.   August 14, 2003.]

STEPHEN ASHER, *Respondent*, v. VINCE POWELL, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-03888-1, Tari S. Eitzen, J., entered March 1, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 21294-7-III.   Division Three.   August 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PAUL LECOU, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-01776-8, Robert D. Austin, J., entered July 5, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21321-8-III.   Division Three.   August 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC MICHAEL McDONALD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-8-00122-9, Sharon Brown, J. Pro. Tem., entered July 1, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato A.C.J., and Sweeney, J.